# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON DOUGLAS KING,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SIRCOYA M. WILLIAMS,<br><br>　　　　　　Respondent. | Case No. 2:25-cv-04556-RGK-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 9) is granted, and Judgment will be entered denying the Petition and dismissing this action without prejudice as to any claim challenging the 2002 judgment, and with prejudice as to the claim about delay in postconviction review.

Dated: 1/8/2026

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE