JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON DOUGLAS KING,<br>        Petitioner,<br>v.<br>SIRCOYA M. WILLIAMS,<br>        Respondent. | Case No. 2:25-cv-04556-RGK-SP<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice as to any claim challenging the 2002 judgment and with prejudice as to the claim about delay in postconviction review.

Dated: 1/8/2026

                                      */s/ Gary Klausner*
                        HONORABLE R. GARY KLAUSNER
                        UNITED STATES DISTRICT JUDGE